O
JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| NEWAY MENGISTU,<br><br>          Plaintiff,<br><br>     v.<br><br>FORESTVIEW APARTMENTS, LLC, et al.,<br><br>          Defendants. | Case № 2:19-cv-05118-ODW (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, (ECF No. 69), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///

1. Defendants Forestview Apartments, LLC and Albert Navi shall have **JUDGMENT** in their favor.
2. Plaintiff Neway Mengistu shall recover nothing from Defendants.
3. Plaintiff's Complaint is dismissed on the merits and with prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court. All remaining dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

June 17, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**